# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

JUSTIN B. LANE

INDICTMENT

3:18cr44/MCR

THE GRAND JURY CHARGES:

## COUNT ONE

On or about August 6, 2017, in the Northern District of Florida and elsewhere, the defendant,

**JUSTIN B. LANE,**

did knowingly cause to be delivered by the United States Postal Service, a communication to the Polk County State Attorney's Office, containing a true threat to injure the person of another, with the intent that this communication be perceived as a true threat, by stating:

> "why don't you inhale this powder and die . . . maybe it is anthrax who knows – fuck you die pig."

In violation of Title 18, United States Code, Section 876(c).

Returned in open court pursuant to Rule 6(f)

April 17, 2013
Date

United States Magistrate Judge

## COUNT TWO

On or about August 6, 2017, in the Northern District of Florida and elsewhere, the defendant,

### JUSTIN B. LANE,

without lawful authority, did knowingly threaten to use a weapon of mass destruction, to wit, anthrax, against a person within the United States, and the mail and any facility of interstate and foreign commerce was used in furtherance of the offense.

In violation of Title 18, United States Code, Section 2332a.

## COUNT THREE

On or about August 17, 2017, in the Northern District of Florida and elsewhere, the defendant,

### JUSTIN B. LANE,

did knowingly cause to be delivered by the United States Postal Service, a communication to the Polk County State Attorney's Office, containing a true threat to injure the person of another, with the intent that this communication be perceived as a true threat, by stating:

"die, die, die, ha, ha, ha, anthrax, goodbye."

In violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR

On or about August 17, 2017, in the Northern District of Florida and elsewhere, the defendant,

**JUSTIN B. LANE,**

acting without lawful authority, did knowingly threaten to use a weapon of mass destruction, to wit, anthrax, against a person within the United States, and the mail and any facility of interstate and foreign commerce was used in furtherance of the offense.

In violation of Title 18, United States Code, Section 2332a.

A TRUE BILL:

[Redacted per privacy policy]

FOREPERSON

4-17-18
DATE

_____
CHRISTOPHER P. CANOVA
United States Attorney

_____
DAVID L. GOLDBERG
Assistant United States Attorney

3